UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY FORD, CDCR #C-04844,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>E. SANCHEZ-GALVIN, E. YANEZ, O. VALDEZ and K. SAUNDERS,<br><br>　　　　　　　　　　Defendants. | Case No.: 24-CV-1025 JLS (KSC)<br><br>**ORDER DISMISSING ACTION PURSUANT TO MARCH 24, 2025 ORDER**<br><br>(ECF No. 10) |

On June 10, 2024, Plaintiff Benny Ford, a state prisoner proceeding pro se, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983 ("Compl.," ECF No. 1). On September 26, 2024, the Court granted Plaintiff leave to proceed *in forma pauperis*, dismissed the Complaint for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b), and granted Plaintiff leave to amend. ECF No. 7.

Subsequently, on November 15, 2024, Plaintiff filed a First Amended Complaint ("FAC," ECF No. 8). On December 11, 2024, the Court dismissed the First Amended Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b), and again granted Plaintiff leave to file an amended complaint. ECF No. 9. Specifically, the Court granted Plaintiff "*forty-five (45) days* leave from the date of th[e] Order in which to file a Second Amended

Complaint." *Id.* at 3 (emphasis added). The Court advised Plaintiff if he failed to file a second amended complaint within the time provided, the Court would "enter a final Order dismissing this civil action based both on Plaintiff's failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and his failure to prosecute in compliance with a court order requiring amendment." *Id.*

After over three months passed without the Court receiving any filing from Plaintiff, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with a court order requiring amendment and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 10 ("OSC"). The Order explicitly cautioned Plaintiff: "***This Order constitutes notice to Plaintiff that if he fails to respond within forty-five (45) days of the date on which this Order is electronically docketed, the Court will dismiss this action sua sponte without prejudice.***" *Id.* at 2 (emphasis in original).

Although forty-five days have come and gone, Plaintiff has not filed an amended complaint in this action. *See generally* Docket.

Accordingly, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** the present action. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED**.

Dated: May 16, 2025

Hon. Janis L. Sammartino
United States District Judge